437 A.2d 1037

Kaye v. Kaye, Appellant.

Submitted February 18, 1981. D. Patrick Zimmerman, for appellant; Kenneth R. Williams, for appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

The order of the court below is hereby affirmed.

PRICE, J. did not participate in the consideration or decision of this case.